UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAR-NIQUE SIMON,

    Petitioner,

v.

DOMINGO URIBE, Warden,

    Respondent.

Case No. 09-cv-05859-TEH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    This case is presently scheduled for a case management conference on Monday, February 10, 2014 at 1:30PM. The conference was originally set for December 16, 2013, but in the parties' joint case management statement filed in advance of that date, petitioner's counsel represented that he had not been able to locate petitioner and obtain his release for his medical records. Finding that without the records there was nothing new to discuss since the previous conference, the Court continued the conference to February 10, 2014, to afford petitioner's counsel more time to attempt to obtain the records.

    On February 3, 2014, parties filed a joint statement explaining that petitioner's counsel has still been unsuccessful in obtaining a release for petitioner's medical records, but has scheduled a personal visit with petitioner for February 14, 2014. The Court has concerns as to petitioner's counsel's possible over extension in other matters and the resulting delays caused in this case. Nevertheless, the Court will continue the conference to **February 24, 2014 at 1:30PM** to permit petitioner's counsel to meet with petitioner and obtain his release and his records before the conference. The Court will not require a

1  new case management statement in advance; however, it expects a full report of
2  petitioner's counsel's progress and a firm timeline for proceeding in this case at the
3  conference.

**IT IS SO ORDERED.**

Dated:   2/6/14

_____
THELTON E. HENDERSON
United States District Judge