1   KAMALA D. HARRIS
    Attorney General of California
2   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
3   MICHELE J. SWANSON
    Deputy Attorney General
4   State Bar No. 191193
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-5703
6     Fax:  (415) 703-1234
      E-mail:  Michele.Swanson@doj.ca.gov
7   *Attorneys for Respondent*

RICHARD TAMOR
Attorney at Law
State Bar No. 176529
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA  94607
Telephone:  (415) 655-1969
Fax:  (415) 887-7658
*Attorney for Petitioner*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

13   **MAR-NIQUE SIMON,**

14                                   Petitioner,

15              **v.**

16   **DOMINGO URIBE, Warden,**

17

                                    Respondent.

18

C 09-5859 TEH

**STIPULATION TO CONTINUE ORAL
ARGUMENT ON THE ISSUE OF
EQUITABLE TOLLING AND
[PROPOSED] ORDER (Civil L.R. 6-1, 6-2,
7-12)**

19

20        On April 28, 2014, this Court set oral argument on the issue of equitable tolling for August

21   4, 2014.  Doc. No. 33.  On August 1, 2014, the Court continued oral argument to September 8,

22   2014.  Doc. No. 40.  Subject to approval by this Court, and as explained more fully in the

23   concurrently filed declaration of counsel, the parties hereby agree and stipulate to the following:

24        ////

25        ////

26        ////

27        ////

28        ////

1

1    That oral argument be continued to Monday, September 29, 2014, at 10:00 a.m.

2    IT IS SO STIPULATED.

3

4    Dated:  August 12, 2014            By:   /s/ Michele J. Swanson
                                               PEGGY S. RUFFRA
                                               Supervising Deputy Attorney General
5                                              MICHELE J. SWANSON
                                               Deputy Attorney General
6                                              *Attorneys for Respondent*

7    Dated:  August 12, 2014            By:   /s/ Richard Tamor
                                               RICHARD TAMOR
8                                              *Attorney for Petitioner*

9
///
10   ///

11   PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13   Dated:   08/12/2014

                                        HONORABLE THELTON E. HENDERSON
14                                       United States District Court Judge

15

16   SF2010200129
     41041389.doc

17

18

19

20

21

22

23

24

25

26

27

28

2

Stipulation to Continue Oral Argument on the Issue of Equitable Tolling and [Proposed] Order
*Simon v. Uribe, Warden* - (C 09-5859 TEH (PR))