UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAR-NIQUE SIMON,

        Plaintiff,

  v.

DOMINGO URIBE,

        Defendant.

Case No. 09-cv-05859-TEH

**ORDER RE: ADDITIONAL DISCOVERY**

On November 4, 2014, the parties filed a Joint Case Management Statement (Docket No. 44) detailing Petitioner's progress in obtaining additional discovery, as ordered by the Court on September 4, 2014 (Docket No. 43). In this Statement, Petitioner also requested an additional 60 days to continue pursuing the discovery authorized in the September 3 Order.

The Court hereby GRANTS Petitioner's request for an additional 60 days to conduct further discovery, at which point the parties shall file a Joint Case Management Statement informing the Court of Petitioner's progress. Accordingly, this statement must be filed on or before January 5, 2015.

**IT IS SO ORDERED.**

Dated: 12/16/14

                                        THELTON E. HENDERSON
                                        United States District Judge