UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAR-NIQUE SIMON,

          Plaintiff,

    v.

DOMINGO URIBE,

          Defendant.

Case No. 09-cv-05859-TEH

**ORDER GRANTING PETITIONER'S REQUEST FOR ADDITIONAL TIME TO CONDUCT DISCOVERY**

      On September 4, 2014, the Court granted Petitioner's request to conduct additional discovery in an effort to more fully develop the factual record in this case. (Docket No. 43). On November 3, 2014, the parties filed a joint case management statement informing the Court of Petitioner's progress, and requesting an additional 60 days to conduct discovery. (Docket No. 44). That request was granted. (Docket No. 46). On January 5, 2015, the parties filed a new joint case management statement detailing Petitioner's latest progress and again requesting an additional 60 days to pursue the discovery authorized in the September 4 Order. (Docket No. 47).

      The Court hereby GRANTS Petitioner's request for an additional 60 days to conduct further discovery, at which point the parties shall file a joint case management statement informing the Court of Petitioner's progress. Accordingly, this statement must be filed on or before March 9, 2015.

**IT IS SO ORDERED.**

Dated:  01/08/15

_____

THELTON E. HENDERSON
United States District Judge

United States District Court
Northern District of California