UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAR-NIQUE SIMON,

    Plaintiff,

v.

DOMINGO URIBE,

    Defendant.

Case No. 09-cv-05859-TEH

**ORDER GRANTING PETITIONER'S THIRD REQUEST FOR ADDITIONAL TIME TO CONDUCT DISCOVERY**

On September 4, 2014, the Court granted Petitioner's request to conduct additional discovery in order to more fully develop the factual record, as instructed by the Ninth Circuit Court of Appeals. (Docket No. 43). On November 3, 2014, the Parties filed a joint case management statement informing the Court of Petitioner's progress, and requesting an additional 60 days to conduct discovery. (Docket No. 44). That request was granted. (Docket No. 46). On January 5, 2015, Petitioner requested an additional 60 days to pursue the discovery authorized in the September 4 Order; this request was also granted (Docket Nos. 47, 48). On March 9, 2015, the Court received this third request for an extension of time to conduct discovery. (Docket No. 49).

Due to Petitioner's present condition, which has disallowed the necessary neuropsychological evaluation identified in Petitioner's request for additional discovery, the Court hereby GRANTS Petitioner's request for an additional 60 days to conduct discovery. On or before **May 11, 2015**, the parties shall file a joint case management statement informing the Court of Petitioner's progress.

**IT IS SO ORDERED.**

Dated: 03/12/15

_____
THELTON E. HENDERSON
United States District Judge