UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAR-NIQUE SIMON,

    Plaintiff,

v.

DOMINGO URIBE,

    Defendant.

Case No. 09-cv-05859-TEH

**ORDER TO SHOW CAUSE**

The Court held a Case Management Conference in this matter on September 28, 2015, as scheduled, but Richard Tamor, Counsel for Petitioner, failed to appear, failed to notify the Court of his inability to appear, and failed to timely return phone calls.

Accordingly, good cause appearing, Mr. Tamor is ORDERED TO SHOW CAUSE why the Court should not impose monetary or other sanctions against him for his failure to appear at the Case Management Conference held September 28, 2015, or to otherwise notify the Court of his absence in advance. Should Mr. Tamor wish to provide a written response to this Order, he must do so at least five days before the next Case Management Conference, which is set for October 14, 2015 at 2:30 P.M.

**IT IS SO ORDERED.**

Dated: 09/29/15

_____

THELTON E. HENDERSON
United States District Judge