IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAR-NIQUE SIMON,** | Case No. C 09-05859 WHA (PR) |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **DOMINGO URIBE, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **December 12, 2017**, in which to file and serve an answer to the petition for a writ of habeas corpus. Petitioner shall have until January 17 to file a traverse.

IT IS SO ORDERED.

Dated: October 23, 2017.

_____
The Honorable William Alsup
United States District Judge

1