1  ROB BONTA
   Attorney General of California
2  GREGORY A. OTT
   Deputy Attorney General
3  MICHELE J. SWANSON
   Supervising Deputy Attorney General
4  State Bar No. 191193
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3866
6    Fax:  (415) 703-1234
     E-mail:  Michele.Swanson@doj.ca.gov
7  Attorneys for Respondent

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12

13  **MAR-NIQUE SIMON,**                    C 09-05859 WHA (PR)

14                          Petitioner,     **JOINT STATEMENT, STIPULATION,
                                            AND [PROPOSED] ORDER**
15         v.                               **REGARDING THIS COURT'S
                                            CONTINUING JURISDICTION OVER**
16                                          **FEDERAL HABEAS PETITION AND
    **DOMINGO URIBE,[1] Warden,**           RETRACTION OF MOTION TO**
17                                          **WITHDRAW AS COUNSEL**
                            Respondent.
18

19

20         On November 13, 2025, this Court held a hearing with counsel for both parties concerning

21  a motion to withdraw as counsel filed by petitioner's counsel, Mr. Tamor.  Later that day, the

22  Court issued an order setting forth certain triggering dates and tasks for counsel depending on Mr.

23  Tamor's decision as to whether it would be proper for him to remain as counsel for petitioner.

24  Dkt. No. 217.  The parties have met and conferred, and Mr. Tamor has indicated that he decided it

25  would be proper for him to remain as counsel for petitioner.  The parties therefore agree and

26  stipulate to the following:

27         [1] Petitioner is currently incarcerated at California State Prison, Sacramento, and is in the
    custody of Warden Jason Schultz.  We therefore request that Warden Schultz be substituted for
28  Warden Uribe as the respondent in this case.

                                            1

1. On December 11, 2003, petitioner pleaded no contest to charges of attempted murder and second degree robbery, and admitted firearm and great bodily injury enhancements, in Alameda County Superior Court case number 145604. On March 1, 2004, the trial court sentenced petitioner to twenty years in state prison.

2. On December 15, 2009, petitioner filed a petition for writ of habeas corpus in this action challenging his state judgment in case number 145604. At the time petitioner filed his federal petition, he was in state prison serving his twenty-year sentence on the underlying state judgment he was challenging. He therefore met the "in custody" requirement for filing a federal habeas petition challenging his underlying state judgment. *Maleng v. Cook*, 490 U.S. 488, 490-91 (1989) (per curiam); *Garding v. Montana Dep't of Corr.*, 105 F.4th 1247, 1256 (9th Cir. 2024).

3. On December 22, 2019, petitioner was released from prison and placed on parole. On December 21, 2022, petitioner was discharged from parole, and is no longer in custody on the underlying judgment being challenged in this federal habeas action. However, because petitioner filed his federal petition while he was in custody on the underlying judgment being challenged, his release from custody during the pendency of his federal proceeding does not deprive this Court of jurisdiction over the petition, because of the presumed "continuing collateral consequences" of the underlying state judgment. *Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998).

4. In light of the above stipulated facts and legal authorities, Mr. Tamor has decided that his motion to withdraw as counsel is moot, and he hereby retracts the motion to withdraw (Dkt. No. 211).

////

////

////

////

////

////

1    **IT IS SO AGREED AND STIPULATED.**

2    Dated:  November 17, 2025                Respectfully submitted,

3                                            ROB BONTA
                                             Attorney General of California
4                                            GREGORY A. OTT
                                             Deputy Attorney General
5

6
                                             */s/ Michele J. Swanson*
7                                            MICHELE J. SWANSON
                                             Supervising Deputy Attorney General
8                                            *Attorneys for Respondent*

9

10   Dated:  November 17, 2025                Respectfully submitted,

11

12                                           */s/ Richard Tamor*
                                             RICHARD TAMOR
13                                           Attorney at Law
                                             *Attorney for Petitioner*
14

15

16                          **[PROPOSED] ORDER**

17              **FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:**

18        The Court accepts the above joint statement and stipulation of the parties, and finds that

19   the Court retains jurisdiction over this federal habeas proceeding for the reasons set forth by the

20   parties.  The parties should continue to follow the relevant schedule set forth by the Court in its

21   order dated November 13, 2025 (Dkt. No. 217).  Specifically, the parties should proceed to follow

22   paragraphs 3, 4(a), 5(a), 6 of that order.

23

24

25   DATED:  **November 18, 2025**

26                                           The Honorable William H. Alsup
                                             United States District Judge
27

28

3

Jt. Stmt., Stip., & [Proposed] Order Re Ct.'s Continuing Jurisdiction Over Fed. Habeas Pet. & Retraction of Motion
to Withdraw as Counsel (C 09-05859 WHA (PR))